AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:13-cv-00495-A |
| | ) | |
| Karena Mondrianh | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Karena Mondrianh, Individually

*also known as* Karena   Ybarra
*also known as* Karena   Little
*also known as* Karena   Jowers
*also known as* Karena   Hubbard
*also known as* Karen    Mondrianh
*also known as* Karen    Ybarra
*doing business as* Mondrianh & Associates, PA
*doing business as* Ybarra Global
*doing business as* Ybarra Global Business Solutions
*doing business as* Save UR Wealth
*doing business as* Empower UR Life
*doing business as* Mondrianh Tax Services


A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Sean Beaty


*CLERK OF COURT*


DATE: 06/18/2013

*Signature of Clerk or Deputy Clerk*

555 4th St NW
Washington , DC 20004

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  06/18/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-cv-00495-A

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                      _____
                                                                                 Server's signature

                                             _____
                                                                                 Printed name and title

                                             _____
                                                                                 Server's address

Additional information regarding attempted service, etc: